**Exhibit 2**

| Issue | WNT (2013-Present) | MNT (2015-2018) |
|---|---|---|
| Friendlies<br><br>Teams no in FIFA top 25 (Not Mexico<br>Per Player | $1,350 Win | $5,000 Loss<br>$6,250 Tie<br>$9,375 Win |
| Friendlies<br><br>FIFA Ranking (11-25) (Not Mexico)<br>Per Player | $1,350 Win | $5,000 Loss<br>$6,250 Tie<br>$12,500 Win |
| Friendlies<br><br>FIFA Ranking 1-10 or Mexico<br>Per Player | $1,350 Win | $5,000 Loss<br>$8,125 Tie<br>$17,625 Win |
| World Cup Roster - Bonus | $15,000/per player World Cup Qualifying Match Bonus<br><br>$15,000/per player World Cup Roster Bonus | $68,750/per player |
| World Cup Qualifiers<br><br>Round 1 | N/A | $12,500 Win/ per player per match<br>$6,000 Draw/per player per match<br>$4,000 Loss/ per player per match |
| Round 2 | N/A | |

| | | |
|---|---|---|
| World Cup Qualification | N/A | $2,500,000 Team Player Pool |
| World Cup Per Game Payment | N/A | $6,875 Regardless of Win, Tie, Loss |
| Points Bonus First Round World Cup | N/A | $218,750 Team Player Pool/per point awarded |
| World Cup Second Round Advancement - Bonus | N/A | $4,500,000 Team Player Pool |
| World Cup Fourth Place | $10,000/per player | N/A |
| World Cup Third Place | $20,000/per player | $1,250,000 Team Player Pool ($52,083.33/per 24 player roster) |
| World Cup Second Place | $32,500/per player | $6,250,000 Team Player Pool ($260,416.67/per 24 player roster) |
| World Cup First Place | $75,000/per player | $9,375,000 Team Player Pool ($390,625.00/per 24 player roster) |

| | | |
|---|---|---|
| World Cup Victory Tour<br><br>Gold<br><br>Silver<br><br>Bronze | <br><br>$1,800,000 Team Player Pool<br><br>$6,750/per player<br><br>$6,250/per player | <br><br>N/A<br><br>N/A<br><br>N/A |
| Player in Training Camp, Not on Game Roster – World Cup | N/A | $2,500 |
| Per Diem | $50 Domestic Venues<br>$60 International Venues | $62.50 Domestic Venues<br>$75 International Venues |
| Sponsor Appearance Fee | $3,000/per appearance | $3,750/per appearance |
| Attendance Ticket Revenue – Bonus | $1.20/per ticket | $1.50/per ticket |
| Group Licensing<br><br>Federation is Originating Party<br><br>Players Association Originating Party | <br><br>50% of net royalties paid to the Federation<br><br>55% of gross licensing royalty | <br><br>45% of gross licensing Royalty<br><br>55% of gross licensing royalty |