# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: February 21, 2019                                     Judge: Hon. James Donato

Time: 7 minutes

Case No.      **C-18-05215-JD**
Case Name     **Solo v. United States Soccer Federation**

Attorney(s) for Plaintiff(s):    Richard M. Nichols/Timothy W. Moppin
Attorney(s) for Defendant(s):    Ellen E. McLaughlin

Deputy Clerk: Lisa R. Clark                              Court Reporter: Raynee Mercado

### PROCEEDINGS

Initial Case Management Conference - Not Held
Motion to Dismiss - Not Held
Motion to Transfer Case - Held

### NOTES AND ORDERS

The Court hears argument on the motion to transfer, Dkt. No. 25, and takes it under submission.

The case is stayed pending further order.