Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California St., 35th Floor
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Non-Parties Alex Morgan, et al.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE SOLO,<br><br>   Plaintiff,<br><br>  vs.<br><br>UNITED STATES SOCCER FEDERATION,<br><br>   Defendant. | **Case No. 3:18-cv-05215**<br><br>**NOTICE OF FILING WITH THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

1

## NOTICE OF FILING OF MOTION FOR TRANSFER OF ACTION WITH THE JUDICIAL

2

## PANEL ON MULTIDISTRICT LITIGATION

3

**PLEASE TAKE NOTICE** that on March 8, 2019, Alex Morgan and the other named

4
plaintiffs in the civil action *Morgan et al. v. United States Soccer Federation, Inc.*, Case No. 2:19-cv-

5
01717, filed with the Judicial Panel on Multidistrict Litigation (JPML) a Motion for Transfer of Action

6
Pursuant to 28 U.S.C. §1407 for transfer of this related action, *Solo v. United States Soccer Federation,*

7
*Inc.*, Case No. 3:18-cv-05215 JD, to the Central District of California for coordinated or consolidated

8
pretrial proceedings.  Attached to this notice is the aforementioned Motion for Transfer of Action and

9
accompanying documents filed with the JPML.

10

11
Dated: March 8, 2019                    WINSTON & STRAWN LLP

12

13
By:   */s/ Diana Hughes Leiden*
       Diana Hughes Leiden
       dhleiden@winston.com

14
       WINSTON & STRAWN LLP
       333 South Grand Avenue, 38th Floor

15
       Los Angeles, California 90071-1543
       Telephone: (213) 615-1700

16
       Facsimile: (213) 615-1750

17
       Jeanifer E. Parsigian
       jparsigian@winston.com

18
       WINSTON & STRAWN LLP
       101 California St., 35th Floor

19
       San Francisco, California 94111
       Telephone: (415) 591-1000

20
       Facsimile: (415) 591-1400
       Attorneys for Plaintiffs

21

22

23

24

25

26

27

28