Timothy W. Moppin, SBN 133363
Attorney at Law
2015 Junction Avenue
El Cerrito, California 94530
Telephone: (510) 232-0442
E-Mail: timmoppin@aol.com

Richard M. Nichols SBN 166638
Attorney at Law
876 Arlene Way
Novato, CA 94947
Telephone:415-314-0066
E-Mail: Rnicholspc@gmail.com

Attorneys for Plaintiff
HOPE SOLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE SOLO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION,<br><br>Defendants. | Case No.: 3:18-cv-05215 JD<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF** |

The Motion for Administrative Relief ("Motion") filed by Plaintiff Hope Solo ("Solo") seeking an order from this Court under Civil Local Rules, Rule 16-8 (d)(2) referring this case to the impendent mediation in the action entitled <u>Alex Morgan et al v. United States Soccer Federation,</u> Case No. 2:19-cv-01717-RGK-AGR, is hereby granted.

**<u>ORDER</u>**

IT IS ORDRED that defendant United States Soccer Federation shall include this case in the impendent mediation in the action entitled <u>Alex Morgan et al v. United States Soccer Federation,</u> Case No. 2:19-cv-01717-RGK-AGR, which is a case involving similar claims and

//

//

//

[PRPOPSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF

– 1 –

issues and which is currently pending in the United States District Court Central District of California.

Date: July _____, 2019

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE

[PRPOPSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF

– 2 –