Timothy W. Moppin, SBN 133363
Attorney at Law
2015 Junction Avenue
El Cerrito, California 94530
Telephone: (510) 232-0442
timmoppin@aol.com

Richard M. Nichols SBN 166638
Attorney at Law
876 Arlene Way
Novato, CA 94947
Telephone: (415)-314-0066
rnicholspc@gmail.com

Attorneys for Plaintiff
HOPE SOLO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE SOLO,<br><br>         Plaintiff,<br><br>   v.<br><br>UNITED STATES SOCCER FEDERATION,<br><br>         Defendants. | Case No.: 3:18-cv-05215<br><br>**CERTIFICATE OF CONFERENCE** |

I, Richard M. Nichols, do hereby certify that, as Counsel of Record for Plaintiff Solo, I contacted the Attorney's for Non-Parties Alex Morgan et al on July 29, 2019 to confer on their Opposition to Plaintiff's Motion For Administrative Relief ("Opposition"), and my request that the Opposition be withdrawn. Agreement could not be reached on the Opposition and the Opposition was not withdrawn. (See attached Exhibit 1.)

Dated: July 29, 2019

_____
Richard M. Nichols

1464266

1