

Rich Nichols <rnicholspc@gmail.com>

# Re: Request
1 message

**Rich Nichols** <rnicholspc@gmail.com>                              Mon, Jul 29, 2019 at 3:42 PM
To: "Kessler, Jeffrey L." <JKessler@winston.com>
Cc: "Leiden, Diana Hughes" <DHLeiden@winston.com>, "Parsigian, Jeanifer E." <JParsigian@winston.com>, "Timothy W. Moppin" <timmoppin@aol.com>

In addition to numerous ethical rules violations, Federal Rules 11, 18, 19, 20, 23 and 24 have been violated.

On Mon, Jul 29, 2019 at 11:29 AM Kessler, Jeffrey L. <JKessler@winston.com> wrote:

> I am not aware of any Federal Rule that has been violated by this filing. Please identify the basis for your claim and we will then evaluate it.
>
>
> **From:** Rich Nichols <rnicholspc@gmail.com>
> **Sent:** Monday, July 29, 2019 12:25 PM
> **To:** Kessler, Jeffrey L. <JKessler@winston.com>; Leiden, Diana Hughes <DHLeiden@winston.com>; Parsigian, Jeanifer E. <JParsigian@winston.com>
> **Cc:** Timothy W. Moppin <timmoppin@aol.com>
> **Subject:** Request
>
>
> Dear Jeffrey,
>
>
> In your capacity as lead counsel for Alex Morgan et al in *Morgan vs. United States Soccer Federation Case No.2:19-cv-01717-RGK-AGR,* I write to respectfully request that you take whatever action is required to immediately remove and or retract the document entitled *"Opposition to Plaintiff's Motion for Administrative Relief"* that you, in your capacity as Counsel of Record for Non-Party Alex Morgan et al, improperly and in violation of well established Federal Rules, filed on Friday, July 26, 2019 in the case *Hope Solo vs. United States Soccer Federation, Case No. 3:18-cv-05215-JD.*
>
>
> Thank you in advance for your cooperation.
>
>
> Best regards,
>
> Rich Nichols
>
> Counsel for Hope Solo