Timothy W. Moppin, SBN 133363
Attorney at Law
2015 Junction Avenue
El Cerrito, California 94530
Telephone: (510) 232-0442
E-Mail: timmoppin@aol.com

Richard M. Nichols SBN 166638
Attorney at Law
876 Arlene Way
Novato, CA 94947
Telephone:415-314-0066
E-Mail: Rnicholspc@gmail.com

Attorneys for Plaintiff
HOPE SOLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOPE SOLO,

                Plaintiff,

      v.

UNITED STATES SOCCER FEDERATION,

              Defendants.

Case No.: 3:18-cv-05215 JD

**[PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 11**

      The Emergency Motion for Sanctions Pursuant To Federal Rules of Civil Procedure ("FRCP"), Rule 11 ("Motion") filed by Plaintiff Hope Solo ("Solo") seeking an order from this Court under FRCP, Rule 11 and United States District Court, Northern District of California, Civil Local Rules ("Civil Local Rules"), Rule 1-4, striking Document 60 (Dkt. 60) **IS HEREBY GRANTED** on the grounds that: (a) it was not filed by a party to this action; (b) it was not filed in a manner consistent with Rule 18 or 19 or 20; and most importantly, (c) if the improper, untruthful Opposition is not immediately struck and removed from the docket, it will continue to cause Solo humiliation, impugn Solo's persona, and cause irreparable harm to her character and reputation. Non-Party Morgan plaintiffs and their counsel are hereby sanctioned for the intentional violation of Rules 18, 19 and 20, and are disqualified from the role of class

counsel for the putative class, and plaintiff's counsel is found to be inadequate as a matter of law.

## <u>ORDER</u>

**IT IS ORDRED** that Document 60 (Dkt. 60) is hereby immediately struck and removed from the Docket in this case.

**IT IS FURTHER ORDERED** that plaintiff's counsel, Winston & Strawn, is hereby sanctioned under FRCP Rule 11 for the intentional violation of Rules 18, 19 and 20, and is hereby disqualified from the role of class counsel for the putative class, and plaintiff's counsel is found to be inadequate as a matter of law.

Date: July _____, 2019

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE