Timothy W. Moppin, SBN 133363
Attorney at Law
2015 Junction Avenue
El Cerrito, California 94530
Telephone:   (510) 232-0442
timmoppin@aol.com

Richard M. Nichols SBN 166638
Attorney at Law
876 Arlene Way
Novato, CA 94947
rnicholspc@gmail.com

Attorneys for Plaintiff
HOPE SOLO

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| HOPE SOLO, | Case No.: 3:18-cv-05215 |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| UNITED STATES SOCCER FEDERATION, | |
| Defendants. | |

## PROOF OF SERVICE – US MAIL

STATE OF CALIFORNIA/COUNTY OF Contra Costa

I am a citizen of the United States and an employee in the County of Contra Costa. I am over the age of eighteen (18) years and not a party to the within action. My business address is 2015 Junction, Avenue, El Cerrito, CA  94530.

On the date executed below, I served the document(s) via Unites States Mail, described below, on the recipients designated below:

**EMERGENCY MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 11**

**CERTIFICATE OF CONFERENCE**

1464266

1

PROOF OF SERVICE

**[PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 11**

On the following parties:


Cheryl Ann Luce, Esq.
Ellen Elizabeth McLaughlin, Esq.
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606

Chantelle Capa Egan, Esq.
Seyfarth Shaw LLP
560 Mission Street, 31st Floor
San Francisco, California 94105

Attorneys for Defendant United States Soccer Federation, Inc.


Jeffrey Kessler
David Feher
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166

Cardelle B. Spangler
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601

Diana Hughes Leiden
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071-1543

Attorneys for Plaintiffs Alex Morgan, et al.

     I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on July 29, 2019, at El Cerrito, California.



Timothy W. Moppin /s/

PROOF OF SERVICE