# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  August 15, 2019                                              Judge:  Hon. James Donato

Time: 13 Minutes

Case No.      **C-18-5215-JD**
Case Name     **Solo v. United States Soccer Federation**

Attorney(s) for Plaintiff(s):    Paul Stafford /Richard Nichols/Timothy W. Moppin
Attorney(s) for Defendant(s):   Chantelle Egan/Diana Hughes Leiden – Non Party/Jeanifer Parsigian – Non Party

Deputy Clerk:  Lisa R. Clark                          Court Reporter:  Katherine Sullivan

## PROCEEDINGS

Administrative Motion, Dkt. No. 52 -- Denied
Motion to Strike and for Sanctions, Dkt. No. 61 -- Denied

## NOTES AND ORDERS

Solo's request for an order requiring that the parties in the CD Cal action include her in mediation proceedings, Dkt. No. 52, is denied.

Solo and United States Soccer Federation are directed to file by August 23, 2019, a joint plan to coordinate discovery with the CD Cal case.  The parties should also include in the proposal their selected mediator and a date for the mediation (or other ADR method) to be completed by October 14, 2019.

Solo's motion for sanctions, Dkt. No. 61, is denied.