Timothy W. Moppin (SBN 133363)
Attorney at Law
2015 Junction Avenue
El Cerrito, California 94530
Telephone: (510) 232-0442
timmoppin@aol.com

Richard M. Nichols (SBN 166638)
Attorney at Law
876 Arlene Way
Novato, CA 94947
Telephone: (415) 314-0066

Attorneys for Plaintiff
HOPE SOLO

SEYFARTH SHAW LLP
Ellen E. McLaughlin (pro hac vice)
emclaughlin@seyfarth.com
Cheryl A. Luce (pro hac vice)
cluce@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:      (312) 460-5000
Facsimile:      (312) 460-7000

SEYFARTH SHAW LLP
Chantelle C. Egan (SBN 257937)
cegan@seyfarth.com
560 Mission Street, Ste. 3100
San Francisco, CA 94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
UNITED STATES SOCCER FEDERATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE SOLO ) | |
| ) | Case Number: C 3:18-cv-05215 |
| Plaintiff, ) | |
| ) | **JOINT DISCOVERY PLAN AND** |
| vs. ) | **[PROPOSED] ORDER** |
| ) | |
| UNITED STATES SOCCER FEDERATION, ) | |
| ) | |
| Defendant. ) | |

On August 15, 2019, the Court ordered the parties to the above-entitled action to jointly submit a Joint Discovery Plan, inclusive of identification of a mediator and mediation date.

1. Disclosures

The parties agree to exchange initial disclosures, pursuant to the Federal Rules of Civil Procedure, no later than September 6, 2019.

2. ADR Completion

The parties have agreed to private mediation before Mediator Cathy Yanni on September 18, 2019.

3. Discovery

In the event mediation is unsuccessful, the parties agree to commence discovery immediately thereafter and agree that discovery will not take place until mediation is completed.  The parties propose that fact and expert discovery close on January 17, 2020, which will enable the greatest amount of discovery coordination, to the extent feasible, with the *Morgan et al. v. United States Soccer Federation*, Case No. 2:19-cv-01717-RGK-AGR, currently pending in the Central District of California (the "*Morgan* Case").

As reflected in the parties' prior Joint Case Management Statement (Dkt. No. 42), the parties propose a limitation of 40 requests for admissions per party and leave of court will be required to exceed that limitation. All other limitations imposed by the Federal Rules apply.

Counsel for the parties anticipate that the depositions of the Plaintiff Solo and one or more duly authorized representatives of Defendant United States Soccer Federation ("USSF") will be taken in this matter.  Both parties reserve the right to supplement and amend these anticipated depositions based on review of the initial disclosures and any discovery exchanged thereafter.  To the extent any of the deponents for this matter will also be deposed in the *Morgan* matter, the parties agree to use reasonable efforts and good faith to coordinate scheduling with the *Morgan* Plaintiffs' counsel so that deponents are deposed only once.

The parties agree that expert disclosures will be made on or before December 22, 2019, with rebuttal experts disclosed on or before January 6, 2020. Reports will be disclosed concurrently with any expert's designation. If a reply expert report is prepared, the parties agree that it must be disclosed at least three days in advance of the expert's deposition. Expert depositions will be taken on or before January 17, 2020.

4. <u>Dispositive Motions and Trial</u>

The parties agree that any dispositive motion be filed no later than January 31, 2020. The parties further agree that assuming availability of the Court, the trial will commence on March 23, 2020. The parties anticipate the jury trial will last 5 court days.

5. <u>Pretrial Motions</u>

All pretrial motions shall be heard on or before February 28, 2020 or in accordance with the Court's Standing Order.

6. <u>Joint Pretrial Conference Statement and Submission of Exhibits</u>

Counsel for the parties are to meet and confer and prepare a joint final pretrial conference statement and proposed order at least 21 days before the pretrial conference or in accordance with the Court's Standing Order. Counsel will also coordinate submission of trial exhibits and other material at least 21 days before the trial setting or in accordance with the Court's Standing Order

7. <u>Filing Joint Pretrial Conference Statement</u>

The joint pretrial conference statement and proposed order shall be filed at least 14 days before the pretrial conference or in accordance with the Court's Standing Order.

8. <u>Lodging Exhibits</u>

All exhibits and other trial material, including copies of all exhibits to be offered and

all schedules, summaries, diagrams and charts to de used at trial other than for impeachment or rebuttal, shall be lodged at least 3 days before trial or in accordance with the Court's Standing Order.  Each proposed exhibit must be pre-marked for identification.  Upon request, a party must make the original or the underlying documents of any exhibit available for inspection and copying.

9.  Jury Instructions, Voir Dire, and Verdict Forms

Jury instructions, voir dire questions, and forms of verdict are to be served and filed at least 7 days before the trial setting or in accordance with the Court's Standing Order.

10.  Statements Designating Discovery To Be Offered at Trial

Statements designating excerpts from depositions (specifying the witness and page and line references), from interrogatory answers and from responses to request for admission to be offered at trial other than for impeachment or rebuttal shall be served and filed at least  14 days before the pretrial conference or in accordance with the Court's Standing Order.

11.  Objections to Proposed Testimony or Exhibits

Any party objecting to receipt into evidence of any proposed testimony or exhibit must advise and confer with the opposing party with respect to resolving such objection no later than 7 days before the pretrial conference or in accordance with the Court's Standing Order.

12.  Trial

The parties suggest a trial date to occur on March 23, 2020, and to continue until completed.  The parties anticipate that this will be a 5 day jury trial.

///
///
///

| | | |
|---|---|---|
| 1 | DATED: August 23, 2019 | Respectfully submitted, |

By:____*/s/ Paul K. Stafford*_____
      Paul K. Stafford

      Attorney for Plaintiff
      HOPE SOLO

DATED: August 23, 2019        SEYFARTH SHAW LLP

By: */s/ Chantelle C. Egan*
      Chantelle C. Egan
      Ellen E. McLaughlin (*pro hac vice* admission)
      Cheryl A. Luce (*pro hac vice* admission)

      Attorneys for Defendant
      UNITED STATES SOCCER
      FEDERATION

## **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Chantelle C. Egan, attest that concurrence in the filing of this document has been obtained from the signatory Paul K. Stafford.

Executed this 23rd day of August 2019 in San Francisco, California.


By:____*/s/ Chantelle C. Egan*_____
      Chantelle C, Egan

## [PROPOSED] ORDER

The above JOINT DISCOVERY PLAN is approved as the pretrial Scheduling Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated:

_____

Honorable James Donato

UNITED STATES DISTRICT JUDGE

58751478v.1

58731973v.2