UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOPE SOLO,

    Plaintiff,

v.

UNITED STATES SOCCER FEDERATION,

    Defendant.

Case No. 18-cv-05215-JD

**SCHEDULING ORDER**

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| **Event** | **Deadline** |
| --- | --- |
| Add parties or amend pleadings | September 23, 2019 |
| Fact discovery cut-off | April 6, 2020 |
| Expert disclosures | April 20, 2020 |
| Rebuttal expert disclosures | May 18, 2020 |
| Expert discovery cut-off | June 1, 2020 |
| Last day to file dispositive and *Daubert* motions | June 29, 2020 |
| Pretrial conference | October 8, 2020, at 1:30 p.m. |
| Jury Trial | October 19, 2020, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling

conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: September 4, 2019

_____
JAMES DONATO
United States District Judge