Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Hope Solo )
) Case No: 3:18-CV-05215
) 
Plaintiff(s), )
) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
v. ) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
United States Soccer Federation )
)
Defendant(s). )
)

I, Kyllan B. Kershaw, an active member in good standing of the bar of Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: United States Soccer Federation in the above-entitled action. My local co-counsel in this case is Chantelle C. Egan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: SBN 257937

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Seyfarth Shaw LLP, 1075 Peachtree Street, NE, Suite 2500, Atlanta, GA 30309-3958 | Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (404) 885-6766 | (415) 397-2823 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kkershaw@seyfarth.com | cegan@seyfarth.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 744304.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/14/2019

Kyllan B. Kershaw
APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Kyllan B. Kershaw is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE



*Lawyers Serving the Public and the Justice System*

Ms. Kyllan B. Kershaw
Seyfarth Shaw LLP
1075 Peachtree Street NE Suite 2500
Atlanta, GA 30309-3958

**CURRENT STATUS:** Active Member-Good Standing
**DATE OF ADMISSION:** 11/24/2009
**BAR NUMBER:** 744304
**TODAY'S DATE:** 11/12/2019

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, administrative arm of the Supreme Court of Georgia.

This member is currently in "good standing" as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.



**STATE BAR OF GEORGIA**

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-1225
912-239-9910 • 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435