Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOPE SOLO<br>Plaintiff(s),<br>v.<br>UNITED STATES SOCCER FEDERATION<br>Defendant(s). | Case No: 3:18-cv-05215<br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Sharilee K. Smentek, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: United States Soccer Federation in the above-entitled action. My local co-counsel in this case is Chantelle C. Egan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: SBN 257938

| | |
|---|---|
| MY ADDRESS OF RECORD:<br>Seyfarth Shaw LLP, 233 S. Wacker Drive, Suite 8000, Chicago, IL 60606 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD:<br>(312) 460-5000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 397-2823 |
| MY EMAIL ADDRESS OF RECORD:<br>ssmentek@seyfarth.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cegan@seyfarth.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6277773.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 11/15/2019

Sharilee K. Smentek
APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Sharilee K. Smentek is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 19, 2019

UNITED STATES DISTRICT JUDGE