| | |
|---|---|
| Timothy W. Moppin (SBN 133363)<br>Attorney at Law<br>2015 Junction Avenue<br>El Cerrito, CA 94530<br>Telephone: (510) 232-0442<br>Email: timmoppin@yahoo.com<br>     timmoppin@aol.com<br><br>Richard M. Nichols (SBN 166638)<br>876 Arlene Way<br>Novato, CA 94530<br>Telephone: (415) 314-0066<br>Email: Rnicholspc@gmail.com<br><br>Attorneys for Plaintiff<br>HOPE SOLO<br><br>[*Additional Counsel on signature page*] | SEYFARTH SHAW LLP<br>Ellen E. McLaughlin (IL 6181045) (*admitted pro hac vice*)<br>emclaughlin@seyfarth.com<br>Brian M. Stolzenbach (IL6273113) (*admitted pro hac vice*)<br>bstolzenbach@seyfarth.com<br>Sharilee Kempa Smentek (IL6277773)<br>(*admitted pro hac vice*)<br>ssmentek@seyfarth.com<br>Cheryl A. Luce (IL 6313386) (*admitted pro hac vice*)<br>cluce@seyfarth.com<br>233 S. Wacker Drive, Suite 8000<br>Chicago, Illinois 60606<br>Telephone:   (312) 460-5000<br>Facsimile:    (312) 460-7000<br><br>Kyllan B. Kershaw (GA744304) (*admitted pro hac vice*)<br>kkershaw@seyfarth.com<br>Seyfarth Shaw LLP<br>1075 Peachtree Street, NE, Ste. 2500<br>Atlanta, GA 30309<br>Telephone: 404-885-6766<br><br>SEYFARTH SHAW LLP<br>Giovanna A. Ferrari (SBN 229871)<br>gferrari@seyfarth.com<br>Chantelle C. Egan (SBN 257938)<br>cegan@seyfarth.com<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br><br>Attorneys for Defendant<br>UNITED STATES SOCCER FEDERATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HOPE SOLO,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES SOCCER FEDERATION,<br><br>          Defendant. | Case No. 3:18-CV-05215 JD<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS FOR 90 DAYS AND [PROPOSED] ORDER**<br><br>Complaint Filed: August 24, 2018 |

JOINT STIP. TO STAY PROCEEDINGS FOR 90 DAYS AND [PROPOSED] ORDER          - -
CASE NO. 3:18-CV-05215 JD

Plaintiff HOPE SOLO ("Plaintiff") and Defendant UNITED STATES SOCCER FEDERATION ("Defendant"), by and through their respective counsel, recognizing this Court's June 7, 2019 **ORDER** directing the parties to meet and confer on ways to streamline discovery and other pretrial proceedings with respect to cases that raise similar claims and issues, namely, the litigation pending in the Central District of California, *Morgan, et al. v. United States Soccer Federation, Inc.*, Case No. 2:19-cv-01717-RGK-AGR (C.D. Cal.) (the "*Morgan* litigation"), (ECF No. 49), do hereby stipulate to request that the proceedings in the above captioned matter be stayed for 90 days for the good cause detailed below:

1. On September 4, 2019, this Court set the following deadlines in its Case Management Scheduling Order (ECF No. 79):

- Close of Fact Discovery by 4/6/20
- Designation of Experts by 4/20/2020
- Rebuttal Reports due by 5/18/2020
- Expert Discovery due by 6/1/2020
- Dispositive Motions due by 6/29/2020
- Pretrial Conference set for 10/8/2020
- Jury Selection and Trial set for 10/19/2020

2. Since September 2019, in consideration of the Court's June 7, 2019 **ORDER**, Plaintiff and Defendant have been working diligently and cooperatively through the discovery process and have been coordinating discovery with the parties in the *Morgan* matter where appropriate and reasonable.

3. On February 20, 2020, cross motions for summary judgment are due to be filed in the *Morgan* matter. Plaintiff is presently a member of the opt-out Title VII certified class and intends to coordinate discussions of her Equal Pay Act claim with the class claim in the *Morgan* matter, pursuant to an agreement reached with Defendant. Therefore, the outcome of those motions will likely have an impact on Plaintiff's claims.

4. The *Morgan* class action matter is scheduled for trial on May 5, 2020.

5. Over the week of February 10-17, 2020, attorneys for Plaintiff and Defendant met and conferred concerning the related proceedings in the *Morgan* litigation.

6. Additionally, Plaintiff and Defendant continue to discuss the potential for resolution of this matter.

7. Given the likely impact of the *Morgan* litigation on Plaintiff's claims, overlapping discovery, related motion practice, and ongoing discussions for potential resolution, the Parties hereby **STIPULATE** that it is in the interest of efficiency and judicial economy that all deadlines in the above-captioned matter be stayed for 90 days.  When this stay is lifted, Plaintiff and Defendant will promptly request that the Court issue a revised Scheduling Order consistent with the pre-trial timing and deadlines set out in the September 4, 2019, Case Management Scheduling Order (ECF No. 79) and the Court's trial and docket availability.

**IT IS STIPULATED**.

DATED:  February 20, 2020

By: ____*/s/ A.J. de Bartolomeo*____

A.J. de Bartolomeo (SBN 136502)
**TADLER LAW LLP**
P.O. Box 475847
San Francisco, CA 94147-5847
Telephone: (415) 226-0260
Email: ajd@tadlerlaw.com

Brian R. Morrison (*admitted pro hac vice*)
**TADLER LAW LLP**
One Penn Plaza, 36th Floor
New York, NY 10119
Telephone: (646) 924-1040
Email: bmorrison@tadlerlaw.com

Timothy W. Moppin (SBN 133363)
Attorney at Law
2015 Junction Avenue
El Cerrito, CA  94530
Telephone: (510) 232-0442
Email: timmoppin@yahoo.com
           timmoppin@aol.com

Richard M. Nichols (SBN 166638)
876 Arlene Way
Novato, CA  94530
Telephone: (415) 314-0066
Email: Rnicholspc@gmail.com

Paul K. Stafford
**THOMPSON & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, TX 75201
Telephone: (214) 969-1106
Email: paul.stafford@tklaw.com

Attorneys for Plaintiff Hope Solo

DATED: February 20, 2020          **SEYFARTH SHAW LLP**

By: */s/ Chantelle C. Egan*
Ellen E. McLaughlin (IL 6181045)
(*admitted pro hac vice*)
Chantelle C. Egan
Attorneys for Defendant
United States Soccer Federation, Inc.

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1, I certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: February 20, 2020          By: *Chantelle C. Egan*
Chantelle C. Egan

### [PROPOSED] ORDER

**IT IS SO ORDERED.**

DATED _____

_____
Hon. James Donato
United States District Judge

JOINT STIP. TO STAY PROCEEDINGS FOR 90 DAYS AND [PROPOSED] ORDER       - -
CASE NO. 3:18-CV-05215 JD