| | |
|---|---|
| Timothy W. Moppin (SBN 133363)<br>Attorney at Law<br>2015 Junction Avenue<br>El Cerrito, CA  94530<br>Telephone: (510) 232-0442<br>Email: timmoppin@yahoo.com<br>          timmoppin@aol.com<br><br>Richard M. Nichols (SBN 166638)<br>876 Arlene Way<br>Novato, CA  94530<br>Telephone: (415) 314-0066<br>Email: Rnicholspc@gmail.com<br><br>Attorneys for Plaintiff<br>HOPE SOLO<br>[*Additional Counsel on signature page*] | LATHAM & WATKINS LLP<br>Jamie L. Wine (Bar No. 181373)<br>Kuan Huang (*pro hac vice*)<br>885 Third Avenue<br>New York, NY 10022<br>Phone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: jamie.wine@lw.com<br>Email: kuan.huang@lw.com<br><br>Michele D. Johnson (Bar No. 198298)<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>Phone: (714) 540-1235<br>Facsimile: (714) 755-8290<br>Email: michele.johnson@lw.com<br><br>Sarah M. Gragert (*pro hac vice*)<br>555 11th St. NW, Suite 1000<br>Washington, D.C. 20004<br>Phone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>Email: sarah.gragert@lw.com<br><br>Attorneys for Defendant<br>UNITED STATES SOCCER FEDERATION, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HOPE SOLO,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES SOCCER FEDERATION, INC.<br><br>          Defendant | Case No. 3:18-CV-05215 JD<br><br>**JOINT STATEMENT REGARDING RELEVANT DEVELOPMENTS IN THE *MORGAN* LITIGATION**<br><br>Complaint Filed: August 24, 2018 |

Plaintiff Hope Solo ("Plaintiff") and Defendant U.S. Soccer Federation, Inc. ("Defendant"), pursuant to this Court's February 26, 2020 Order, hereby submit this joint statement advising the Court of relevant developments in the litigation pending in the Central District of California, *Morgan, et al. v. United States Soccer Federation, Inc.*, Case No. 2:19-cv-01717-RGK-AGR (C.D. Cal.) (the "*Morgan* litigation"):

1. On November 8, 2019, the District Judge in the *Morgan* litigation certified a Rule 23(b)(3) class on the Title VII claims at issue defined as "All WNT players who were members of the WNT at any time from February 4, 2015 through the date of class certification," and also conditionally certified a collective action on the Equal Pay claims pursuant to 29 U.S.C. § 216(b). (*Morgan*, ECF No. 98). Plaintiff did not opt out of the Title VII class under Rule 23(b)(3), but she also did not opt into the Equal Pay collective action.

2. On May 1, 2020, the *Morgan* court issued an Order denying the plaintiffs' motion for summary judgment, and granting U.S. Soccer's motion for summary judgment in part, dismissing the plaintiffs' Equal Pay Act claims, Title VII pay discrimination claims, and certain of the plaintiffs' Title VII claims of working condition discrimination related to on-field playing conditions (*Morgan*, ECF No. 250). The *Morgan* court denied U.S. Soccer's motion for summary judgment with respect to the plaintiffs' remaining Title VII working conditions discrimination claims related to (1) charter flights and hotel accommodations, and (2) medical and training support.

3. On May 8, 2020, the *Morgan* plaintiffs filed an unopposed motion for entry of a final judgment pursuant to Rule 54(b) as to their Equal Pay Act and Title VII pay discrimination claims (*Morgan*, ECF No. 253) ("Rule 54(b) Motion"). That Motion is still pending.

4. The *Morgan* plaintiffs have stated their intent to appeal the Court's ruling dismissing its Title VII and Equal Pay compensation claims.

5. On May 8, 2020, the *Morgan* plaintiffs also filed an unopposed *ex parte* application to stay the June 16, 2020 trial pending the resolution of the Rule 54(b) Motion and any appeal (*Morgan*, ECF No. 254). On May 15, 2020, the *Morgan* Court denied plaintiffs' *ex parte*

application (*Morgan*, ECF No. 258), and issued a scheduling notice, continuing the pretrial conference to August 31, 2020, and the trial to September 15, 2020 (*Morgan*, ECF No. 256).

6. U.S. Soccer intends to seek leave to lift the stay for the limited purpose of submitting a dispositive motion addressing the effect of the summary judgment decision in the *Morgan* action on Plaintiff's claims here. Plaintiff will oppose U.S. Soccer's motion to lift the stay for the purpose of addressing the effect of the *Morgan* summary judgment on the claims here.

7. Plaintiff and U.S. Soccer intend to continue to work cooperatively towards a resolution in this action.

DATED: May 26, 2020

By: /s/ Jamie L. Wine
Jamie L. Wine (Bar No. 181373)
Kuan Huang (*pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022
Phone: (212) 906-1200
Facsimile: (212) 751-4864
Email: jamie.wine@lw.com
Email: kuan.huang@lw.com

Michele D. Johnson (Bar No. 198298)
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Phone: (714) 540-1235
Facsimile: (714) 755-8290
Email: michele.johnson@lw.com

Sarah M. Gragert (*pro hac vice*)
**LATHAM &WATKINS**
555 11th St. NW, Suite 1000
Washington, D.C. 20004
Phone: (202) 637-2200
Facsimile: (202) 637-2201
Email: sarah.gragert@lw.com

*Attorneys for Defendant U.S. Soccer Federation, Inc.*

| | | |
|---|---|---|
| 1 | DATED:  May 26, 2020 | By:/s/ A.J. de Bartolomeo |
| 2 | | A.J. de Bartolomeo (SBN 136502)<br>**TADLER LAW LLP** |
| | | P.O. Box 475847 |
| 3 | | San Francisco, CA 94147-5847 |
| 4 | | Telephone: (415) 226-0260<br>Email: ajd@tadlerlaw.com |

Brian R. Morrison (*admitted pro hac vice*)
**TADLER LAW LLP**
One Penn Plaza, 36th Floor
New York, NY 10119
Telephone: (646) 924-1040
Email: bmorrison@tadlerlaw.com

Timothy W. Moppin (SBN 133363)
Attorney at Law
2015 Junction Avenue
El Cerrito, CA  94530
Telephone: (510) 232-0442
Email: timmoppin@yahoo.com
         timmoppin@aol.com

Richard M. Nichols (SBN 166638)
876 Arlene Way
Novato, CA  94530
Telephone: (415) 314-0066
Email:  Rnicholspc@gmail.com

Paul K. Stafford
**THOMPSON & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, TX 75201
Telephone: (214) 969-1106
Email: paul.stafford@tklaw.com

*Attorneys for Plaintiff Hope Solo*

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1, I certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  May 26, 2020                    By: /s/ Jamie L. Wine
                                                              Jamie L. Wine