Timothy W. Moppin (SBN 133363)
Attorney at Law
2015 Junction Avenue
El Cerrito, CA 94530
Telephone: (510) 232-0442
Email: timmoppin@yahoo.com
         timmoppin@aol.com

Richard M. Nichols (SBN 166638)
876 Arlene Way
Novato, CA 94530
Telephone: (415) 314-0066
Email: Rnicholspc@gmail.com

Attorneys for Plaintiff
HOPE SOLO
[*Additional Counsel on signature page*]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| HOPE SOLO,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES SOCCER FEDERATION, INC.<br><br>          Defendant | Case No. 3:18-CV-05215 JD<br><br>**NOTICE OF WITHDRAWAL OF BRIAN MORRISON AS COUNSEL FOR PLAINTIFF AND [PROPOSED] ORDER**<br><br>Complaint Filed: August 24, 2018 |

Tadler Law LLP hereby requests to withdraw Brian R. Morrison as counsel of record for Plaintiff and that Mr. Morrison be removed from the CM/ECF noticing list and from any and all other service lists in this matter. Mr. Morrison is no longer associated with Tadler Law LLP and will no longer be working on this matter. Tadler Law LLP will remain counsel to Plaintiff.

| | | |
|---|---|---|
| 1 | DATED:  June 28, 2022 | By:      /s/ *A.J. de Bartolomeo* |
| 2 | | |
| 3 | | A.J. de Bartolomeo (SBN 136502)<br>**TADLER LAW LLP** |
| | | P.O. Box 475847 |
| 4 | | San Francisco, CA 94147-5847 |
| | | Telephone: (415) 226-0260 |
| 5 | | Email: ajd@tadlerlaw.com |
| 6 | | |
| | | Paul K. Stafford |
| 7 | | **STAFFORD LAW FIRM, P.C.** |
| | | P. O. Box 710404 |
| 8 | | Dallas, TX 75204 |
| | | Telephone: (214) 649-3405 |
| 9 | | Facsimile:  (214) 580-8104 |
| 10 | | Email: paul@staffordfirmpc.com |
| 11 | | Richard M. Nichols (SBN 166638) |
| | | 876 Arlene Way |
| 12 | | Novato, CA  94530 |
| | | Telephone: (415) 314-0066 |
| 13 | | Email: rnicholspc@gmail.com |
| 14 | | |
| | | Timothy W. Moppin (SBN 133363) |
| 15 | | Attorney at Law |
| | | 2015 Junction Avenue |
| 16 | | El Cerrito, CA  94530 |
| | | Telephone: (510) 232-0442 |
| 17 | | Email: timmoppin@yahoo.com |
| | | timmoppin@aol.com |
| 18 | | |
| 19 | | *Attorneys for Plaintiff Hope Solo* |

NOTICE OF WITHDRAWAL OF BRIAN MORRISON, ESQ. AS COUNSEL FOR PLAINTIFF HOPE SOLO
CASE NO. 3:18-CV-05215 JD

#20810v3

# [PROPOSED] ORDER

Pursuant to Local Rule 11-5(a), the Court GRANTS this request for Brian Morrison to withdraw as counsel of record for Plaintiff Hope Solo and FURTHER ORDERS they be removed from the CM/ECF noticing list and from any and all other service lists in this matter.

**IT IS SO ORDERED.**

Dated: _____

                                              Hon. James Donato
                                              United States District Court Judge
                                              Northern District of California