| | |
|---|---|
| Timothy W. Moppin (SBN 133363)<br>Attorney at Law<br>2015 Junction Avenue<br>El Cerrito, CA 94530<br>Telephone: (510) 232-0442<br>Email: timmoppin@yahoo.com<br>         timmoppin@aol.com | LATHAM & WATKINS LLP<br>Jamie L. Wine (Bar No. 181373)<br>885 Third Avenue<br>New York, NY 10022<br>Phone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: jamie.wine@lw.com |
| Richard M. Nichols (SBN 166638)<br>RICHARD M. NICHOLS, P.C.<br>876 Arlene Way<br>Novato, CA 94530<br>Telephone: (415) 314-0066<br>Email: Rnicholspc@gmail.com | Michele D. Johnson (Bar No. 198298)<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>Phone: (714) 540-1235<br>Facsimile: (714) 755-8290<br>Email: michele.johnson@lw.com |
| *Attorneys for Plaintiff*<br>HOPE SOLO<br>[*Additional Counsel on signature page*] | *Attorneys for Defendant*<br>UNITED STATES SOCCER FEDERATION, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOPE SOLO,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES SOCCER FEDERATION, INC.<br><br>        Defendant. | Case No. 3:18-CV-05215 JD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: August 24, 2018 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the above-captioned action and all claims asserted therein are dismissed with prejudice, each of the parties to bear his, her, or its own costs.

DATED: February 14, 2023

By: /s/ Jamie l. Wine
Jamie L. Wine (Bar No. 181373)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022
Phone: (212) 906-1200
Facsimile: (212) 751-4864
Email: jamie.wine@lw.com

Michele D. Johnson (Bar No. 198298)
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Phone: (714) 540-1235
Facsimile: (714) 755-8290
Email: michele.johnson@lw.com

*Attorneys for Defendant U.S. Soccer Federation, Inc.*

DATED:  February 14, 2023

By: /s/ Richard M. Nichols
Richard M. Nichols (SBN 166638)
**RICHARD M. NICHOLS, P.C.**
876 Arlene Way
Novato, CA  94530
Telephone: (415) 314-0066
Email: rnicholspc@gmail.com

A.J. de Bartolomeo (SBN 136502)
**TADLER LAW LLP**
P.O. Box 475847
San Francisco, CA 94147-5847
Telephone: (415) 226-0260
Email: ajd@tadlerlaw.com

Timothy W. Moppin (SBN 133363)
Attorney at Law
2015 Junction Avenue
El Cerrito, CA  94530
Telephone: (510) 232-0442
Email: timmoppin@yahoo.com
       timmoppin@aol.com

Paul K. Stafford
**STAFFORD MOORE PLLC**
375 n. St. Paul Street, Suite 2210
Dallas, TX 75201
Telephone: (214) 764-1529
Facsimile:  (214) 580-8104
Email: paul@staffordmoore.law

*Attorneys for Plaintiff Hope Solo*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1, I certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  February 14, 2023                    By:  /s/ Jamie L. Wine
                                                       Jamie Wine